IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VLADIMIR MUEV,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>DAVID O'NEILL, et al.,<br>　　　　　Respondents. | :<br>:<br>:<br>:  Civil No.: 2:25-cv-07172-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 17th day of February, 2026, upon consideration of the Court's January 13, 2026 Order (ECF No. 4), and the Court finding no motion pending, **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge